UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Craig Johnson,

        Plaintiff,

    vs.

Crow Wing County Sheriffs
Department and Judge Demay,

        Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 15-3901 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1.    Plaintiff Craig Johnson's complaint is DISMISSED without prejudice for failure to prosecute, for failing to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) and, as to Judge Demay, for seeking relief from a defendant who is immune under § 1915(e)(2)(b)(iii).

2.    Plaintiff Craig Johnson's application for leave to proceed *in forma pauperis,* [Docket No. 2, is DENIED for failure to prosecute and as moot.

3.    Judgment is entered accordingly.

DATED: 2/23/16
At Minneapolis, Minnesota

s/Patrick J. Schiltz
Patrick J. Schiltz, Judge
United States District Court